## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY SCOTT,<br><br>      Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendant. | Case No. 1:26-cv-03023 |

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Amended Local Rule 3.2, for its Corporate Disclosure Statement and Notification of Affiliates, Defendant Equifax Information Services LLC ("Equifax"), states as follows: Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc., which is a publicly traded company on the NYSE. No other entity owns more than 5% of Equifax Information Services LLC.

325166699v.1

2

DATED: April 16, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  /s/ *Theodore E. Roethke*

Theodore E. Roethke
troethke@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, GA  30309
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056
Firm I.D. No. 90747

*Counsel for Defendant*
*Equifax Information Services LLC*

2

325166699v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I presented the foregoing DEFENDANT EQUIFAX

INFORMATION SERVICES LLC'S NOTIFICATION OF AFFILIATES with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Theodore E. Roethke
Theodore E. Roethke
*Counsel for Defendant*
*Equifax Information Services LLC*

325166699v.1