**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY SCOTT, | Case No. 1:26-cv-03023 |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax" or "Defendant"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests an extension of time, through and including May 14, 2026, to respond to Plaintiff Anthony Scott's ("Plaintiff") Complaint, and in support thereof states:

1.      Plaintiff filed the instant action on April 18, 2026. (ECF No. 1)

2.      Equifax was served with process via service on its registered agent on April 2, 2026.

3.      Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Equifax must file its responsive pleading by April 23, 2026.

4.      Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff.  In addition, Equifax intends to engage in good faith settlement discussions with Plaintiff's counsel prior to filing its response to Plaintiff's Complaint. Thus, in the event the parties are not able to resolve this matter, Equifax will need sufficient time

to prepare and file its responsive pleading. Accordingly, Equifax respectfully requests an extension of the deadline to respond to Plaintiff's Complaint, up to and including May 14, 2026.

5.      This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel, and prepare its response.  This is Defendant Equifax's first request for an extension of time.

6.      On April 9, 2026, Equifax's counsel conferred with Plaintiff's counsel regarding the basis for this request and its need for an extension. Plaintiff's counsel had no objection and provided assent to the requested extension.

WHEREFORE, Equifax respectfully requests that this Court grant this Motion and Order that Equifax be allowed an extension of time to respond to Plaintiff's Complaint, up to and including May 14, 2026.

DATED: April 16, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  /s/ *Theodore E. Roethke*
      Theodore E. Roethke
      troethke@seyfarth.com
      SEYFARTH SHAW LLP
      1075 Peachtree Street N.E., Suite 2500
      Atlanta, GA  30309
      Telephone:  (404) 885-1500
      Facsimile:  (404) 892-7056
      Firm I.D. No. 90747

      *Counsel for Defendant*
      *Equifax Information Services LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I presented the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Theodore E. Roethke
Theodore E. Roethke
*Counsel for Defendant*
*Equifax Information Services LLC*

325156710v.1